IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE TELLADO AND MARIA TELLADO,<br>Plaintiffs,<br>v.<br>INDYMAC MORTGAGE SERVICES,<br>*a division of One West Bank, FSB*,<br>Defendant. | CIVIL ACTION<br><br>NO. ~~09-5502~~ 09-5022 |

**FILED**

DEC - 1 2010

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 1st of December, 2010, upon consideration of Defendant's Motion for Relief Related to this Court's November 3, 2010 Order Requiring Presence of Defendant's President and Chief Executive Officer at Trial (Doc. 39), **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion is **DENIED as MOOT**[1].

**IT IS FURTHER ORDERED** that a penalty in the amount of $10,000 shall be imposed on the Defendant and the Defendant's President and Chief Executive Officer for failure to comply with this Court's November 3, 2010 order[2].

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Court conducted the bench trial in this matter on November 8, 2010. Thus, the Defendant's motion for relief from complying with this Court's order for Defendant's President and Chief Executive Officer to appear at trial is moot.

[2] This Court, in its pretrial order filed November, 3, 2010 (Doc. 36), required the Defendant's President and Chief Executive Officer to appear at the November 8, 2010 bench trial. The Defendant's President and Chief Executive Officer failed to appear at trial. Thus, under Fed. R. Civ. P. 16(f)(1)(C), this Court imposes the above sanction on the Defendant and its President and Chief Executive Officer for defying the Court's order.