IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE TELLADO AND MARIA TELLADO,<br>    Plaintiffs,<br>  v.<br>INDYMAC MORTGAGE SERVICES, *a division of One West Bank, FSB*,<br>    Defendant. | CIVIL ACTION<br><br>NO. 09-5022 |

## ORDER

**AND NOW**, this ___ of July, 2011, upon consideration of the evidence presented at the bench trial held in this matter on November 8, 2010, **IT IS HEREBY ORDERED AND DECREED** that Defendant OneWest Bank, FSB shall refund all payments made under the mortgage refinancing loan agreement with Plaintiffs, cancel and return any negotiable instrument executed by the Plaintiffs in connection with such mortgage refinancing transaction, and take any action necessary or appropriate to terminate promptly any security interest created in the mortgage refinancing transaction.[1]

                              BY THE COURT:

                              /s/ Petrese B. Tucker

                              _____
                              **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] The above remedy is permissible under 73 P.S. § 201-7(g). This Court's accompanying bench trial memorandum, dated July 25, 2011, sets forth the Court's rationale for the present Order.